# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

PEGGIE J. COATS           §
                          §   Civil Action No. 4:17-CV-557
v.                        §   (Judge Mazzant/Judge Nowak)
                          §
UNITED STATES OF AMERICA  §

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 9, 2018, the report of the Magistrate Judge (Dkt. #18) was entered containing proposed findings of fact and recommendations that Defendant United States of America's ("Defendant") Motion to Dismiss (Dkt. #4) be **DENIED** subject to reconsideration. The Magistrate Judge further recommended that Plaintiff's Motion for A Judgment to Quiet Title and Remove Lien (Dkt. #8) also be **DENIED** subject to reconsideration. Considering Plaintiff Peggie J. Coat's ("Plaintiff") *pro se* status, the Magistrate Judge further recommended that Plaintiff be afforded an opportunity amend her complaint. Since the issuance of the report and recommendation (Dkt. #18), Plaintiff has filed an amended complaint (Dkt. #20).

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion to Dismiss (Dkt. #4) is **DENIED**.

It is further **ORDERED** that Plaintiff's Motion for A Judgment to Quiet Title and Remove Lien (Dkt. #8) is **DENIED as moot since an amended complaint has been filed**.

**SIGNED this 15th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE